# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | Violation #: R3307580/OS10 |
| : | 3:12-po-61 |
| -vs- : | |
| : | Magistrate Judge Sharon L. Ovington |
| CATHERINE L. NILSEN, : | |
| Defendant. | |

## DISMISSAL ORDER

This matter is scheduled for Trial on May 23, 2012. Defendant paid the ticket collateral in the amount of $85.00 on May 11, 2012. The May 23, 2012 Trial date is VACATED. Violation R3307580/OS10 issued February 13, 2012 is hereby DISMISSED.

May 14, 2011

                                                              s/Sharon L. Ovington
                                                                Sharon L. Ovington
                                                   United States Magistrate Judge